```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                    (WESTERN DIVISION - LOS ANGELES)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:24-mj-05703 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Los Angeles, California |
| | ) | |
| JEANDIEL SERRANO, | ) | Thursday, September 19, 2024 |
| | ) | |
| Defendant. | ) | (2:35 p.m. to 2:40 p.m.) |

```
                        INITIAL APPEARANCE

                 BEFORE THE HONORABLE STEVE KIM,
                   UNITED STATES MAGISTRATE JUDGE
```

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | AUSA MAX SHAPIRO |
| | United States Attorney's Office |
| | 312 North Spring Street |
| | Los Angeles, CA 90012 |
| | |
| For Defendant: | DFPD RYAN SHELLEY |
| | Federal Public Defender's Office |
| | 321 East 2nd Street |
| | Los Angeles, CA 90012 |
| | |
| Court Reporter: | Recorded; CourtSmart |
| | |
| Courtroom Deputy: | Connie Chung |
| | |
| Transcribed by: | Exceptional Reporting Services, Inc. |
| | P.O. Box 8365 |
| | Corpus Christi, TX 78468 |
| | 361 949-2988 |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

**Los Angeles, CA; Thursday, September 19, 2024; 2:35 p.m.**

--oOo--

THE CLERK: Calling Case Number MJ-24-5703, *United States of America versus Jeandiel Serrano*.

Counsel, please state your appearances.

MR. SHAPIRO: Good afternoon. Max Shapiro on behalf of the United States.

MR. SHELLEY: Good afternoon. Ryan Shelley seeking appointment on behalf of Mr. Serrano.

THE COURT: Does this matter need to be unsealed?

MR. SHAPIRO: Yes, Your Honor.

THE COURT: This matter will be unsealed.

Sir, can you start by telling me your name, please?

THE DEFENDANT: Jeandiel.

THE COURT: And did you go over with Mr. Shelley a two-page written statement of your rights in these proceedings?

THE DEFENDANT: Yes, sir.

THE COURT: And did you sign that written statement acknowledging that you understand your rights?

THE DEFENDANT: Yes, sir.

THE COURT: Do you need me to go over the rights with you in greater detail again in open court?

THE DEFENDANT: No, sir.

THE COURT: Did you complete a financial affidavit seeking appointment of counsel? This would be the affidavit

1  that's setting forth your financial situation so that we can

2  determine if you are eligible for appointment of counsel.

3          **THE DEFENDANT:**  Yes, sir.

4          **THE COURT:**  Did you understand that you were filling

5  out this affidavit under penalty of perjury?

6          **THE DEFENDANT:**  Yes, sir.

7          **THE COURT:**  That means that if you make any false

8  statements on the affidavit or if you omit any material

9  financial information, you can be subject to prosecution for

10 perjury and making false statements.  Do you understand that?

11         **THE DEFENDANT:**  Yes, sir.

12         **THE COURT:**  Is everything in the financial affidavit

13 true and correct?

14         **THE DEFENDANT:**  Yes, sir.

15         **THE COURT:**  I find that you're eligible for

16 appointment of counsel and appoint Mr. Shelley from the Federal

17 Public Defender's Office to represent you in this district.

18 However, the order of appointment is just for proceedings here.

19 The order of appointment is without prejudice to a contribution

20 or other order in the district that has charged this particular

21 case.

22         Has the Indictment from the District Court for the

23 District of Columbia been read or explained to you?

24         **THE DEFENDANT:**  Yes, sir.

25         **THE COURT:**  Do you understand the nature of the

1  charges in the indictment?

2      **THE DEFENDANT:**  Yes, sir.

3      **THE COURT:**  Because you've been charged in another

4  district but arrested here, you have a couple of rights.  One

5  is you could have an identity hearing here if you dispute that

6  you are the person named in the indictment.  You can also ask

7  for formal arrival of process.  Generally that means seeing a

8  formal copy of the arrest warrant which you may have already

9  seen anyway.  These are rights that you can waive.

10     Did you discuss waiver of rights document with

11 Mr. Shelley?

12     **THE DEFENDANT:**  Yes, sir.

13     **THE COURT:**  And did you sign that waiver of rights

14 document?

15     **THE DEFENDANT:**  Yes, sir.

16     **THE COURT:**  Did anyone force you to sign that waiver?

17     **THE DEFENDANT:**  No, sir.

18     **THE COURT:**  Mr. Shelley, any reason why I should not

19 accept the waiver?

20     **MR. SHELLEY:**  No, Your Honor.

21     **THE COURT:**  Court will accept the waiver at this

22 time.

23     Sir, because you've been charged in another district,

24 I just need to tell you about something that's called the

25 "Rule 20 Procedure".  If it's something you're interested in,

1  you can ask Mr. Shelley more about it.

2  What it means is if you want to plead guilty in this

3  district, you can ask the U.S. Attorney's Office in the

4  District of Columbia and the U.S. Attorney's Office in Los

5  Angeles if they'll agree to that.  And if they will you would

6  have the option to enter a guilty plea in this district.  It's

7  not something you're required to do and it's not something you

8  can unilaterally choose to have happen because both U.S.

9  Attorney's Offices have to agree.  But if that's something

10 you're interested in it's called the "Rule 20 Procedure" and

11 Mr. Shelley can tell you more about that.  Okay?

12 **THE DEFENDANT:**  Yes, sir.

13 **THE COURT:**  All right.  Pretrial Service -- the

14 Government's seeking detention and Pretrial is recommending

15 detention.

16 Is it a presumption case?

17 **MR. SHAPIRO:**  It is not a presumption case.

18 **THE COURT:**  Mr. Shelley, are we arguing for bond

19 today?

20 **MR. SHELLEY:**  No, Your Honor.

21 **THE COURT:**  All right.  So for the reasons set forth

22 in the Pretrial Services Report, you'll be ordered detained

23 pending further proceedings.  You'll be remanded to the custody

24 of the United States marshals.

25 I'm also ordering that you will be held to answer in

1  the District of Columbia, the District Court for the District
2  of Columbia, and ordering the United States marshals to have
3  you ordered -- have you transported forthwith to the District
4  of Columbia so that you can answer for the indictment in that
5  district.
6        The government is ordered to comply with its
7  disclosure obligations under Brady and related cases.  Failure
8  to do so may result in sanctions.  It's ordered to make General
9  Order 21-02 part of the casefile and to convey that information
10 to the charging assistant.
11       The government agree to these undertakings?
12       **MR. SHAPIRO:**  Yes, Your Honor.
13       **THE COURT:**  Any record you need to make on consular
14 and victim notification?
15       **MR. SHAPIRO:**  The government understands that the
16 defendant is a U.S. citizen.  There are victims in this case
17 and that the victim has been notified as of today's hearing.
18       **THE COURT:**  Anything else from the government?
19       **MR. SHAPIRO:**  Nothing from the government.
20       **THE COURT:**  Mr. Shelley?
21       **MR. SHELLEY:**  No, Your Honor.
22       **THE COURT:**  Thank you.
23    **(Proceeding adjourned at 2:40 p.m.)**
24
25

**CERTIFICATION**

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

| | |
|---|---|
| _____ | <u>October 15, 2024</u> |
| Signed | Dated |

*TONI HUDSON, TRANSCRIBER*

**EXCEPTIONAL REPORTING SERVICES, INC**